**Reversed and Remanded and Memorandum Opinion filed June 30, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-01014-CV

_____

**BILL & ELIZABETH FISHER D/B/A SARANAC OAKS RANCH,**
**Appellants**

**V.**

**ULTIMATE KOBE BEEF, L.L.C., CHAMPION GENETICS, INC.,**
**ALLISON MAE GODWIN AND BRUCE R. HEMMINGSEN, Appellees**

**On Appeal from the 405th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 12-CV-0343**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 3, 2014. On June 2, 2015, 2015, appellants Bill and Elizabeth Fisher d/b/a Saranac Oaks Ranch, joined by appellees/cross-appellants Ultimate Kobe Beef, L.L.C., Allison Mae Godwin and Bruce R. Hemmingsen filed a motion to sever and remand their appeal pursuant to a settlement agreement. *See* Tex. R. App. P. 42.1.  The motion was granted and an

order issued June 18, 2015, severing the appeal filed by Kings High Ranch, L.L.C.[1]

Accordingly, we now reverse those portions of the trial court's judgment against Bill and Elizabeth Fisher d/b/a Saranac Oaks Ranch and against Ultimate Kobe Beef, L.L.C., Allison Mae Godwin and Bruce R. Hemmingsen and remand this cause to the trial court for entry of an Agreed Final Judgment, consistent with a settlement agreement between these parties. See TEX. R. APP. P. 42.1.

PER CURIAM

Panel consists of Justices Christopher, Brown and Wise.

---

[1] Now appeal number 14-15-00514-CV; *Kings High Ranch, L.L.C. v. Ultimate Kobe Beef, L.L.C., Champion Genetics, Inc., Allison Mae Godwin and Bruce R. Hemmingsen.*